Melissa Mae Smith
_____
Name

P.O. Box 1040
_____
Address

Espanola, New Mexico 87532
_____

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 9 2026

ERIK PALTROW
CLERK

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

George Chandler, Plaintiff
(Full Name)
Michael Hartley, Derrell
Jane; Roseann Cunnunez
v.

, Defendant(s)

CASE NO. CV 26-1615
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.  JURISDICTION

1) Melissa Mae Smith, is a citizen of Rio Arriba County
   (Plaintiff)                              ( State )
   who presently resides at 103 Coronado Apartment D
   (Mailing address or place of confinement)
   Espanola, New Mexico P.o. Box 1040 Espanola
   New mexico 87532

2) Defendant George Chandler, Michael Hartley, is a citizen of
   Derrell Jane, Roseann Cunninez  (Name of first defendant)
   Onley Maryland Alexandria Virginia, and is employed as
                  (City, State)                    Las Cruce New mexico
   Business, Patan Examiners, Attorney. At the time the claim(s)
   ( Position and title, if any)

   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☒    No ☐    If your answer is "Yes", briefly explain:

3) Defendant George Chandler Michael Hartley, Darrell Jane is a citizen of
(Name of second defendant)
Only Maryland, Alexandia Virginc, , and is employed as
(City, State)
Business owner, Examiners, . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑    No ☐    If your answer is "Yes", briefly explain:

All, were in on my Patent's were Stoping me from being heard my side of the story on my Patents

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case. George Chandler the man Behind my Case was talking my money for ten years never getting my Patent Resolved. once I put in S-B-81 form I mademyself Power of attorney on my case. he became to use the other People to stop me from Being heard my side of the Story. I praved my Case to Mr. Bill Richardson he took my Case because, he Knew I was tring and never get help. Please your honorable Judge Can you Please let me explain my side of the Story. Thank you for giving me the opportunity to Present my Case.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  I have been treated very unfair. I Summens the examinors into federal Court, and Distrit Court in Las Cruces never being able to Speak my Side of the Story.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing leagl authority or argument.)

I have Darnell Jone, George Chandler, Michael Hartley all on Records doing me very ugly Basiclly mad Ceuse I am Pawer of attorey on my Case and their doing Every thing Possible to Stop me from being heard.

B)(1)  Count II:

(2)  Supporting Facts:

XE-2 2/78                                -3-

C)(1)  Count III:

(2) Supporting Facts: Ive had my business for 17 years my name got Slandered and my reputation got ruined In Los Cruces New mexic

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

   Plaintiffs: melissA mae Smith

   Defendants: Michael Hartley, Jake Uu

   b) Name of court and docket number: ~~CIVI~~ CIV18-667

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still It Said pending? I did not have Jurisdition in las Cruces and Case Closed would be abandon. I talked to Supreme Court in July 2025. They Said it need to go to civil complaint and tran to Ten Circuit in Denver Colorado.

   d)  Issues raised: _____

XE-2    2/78                    — 4 —

e)  Approximate date of filing lawsuit: _____7/11/18_____

f)  Approximate date of disposition: _____

2)  I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☐  No ☒  If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought. Because I have been block not to be heard, I feel as an Inventor, I have the right to speak my side of the Story I have substanlel evidence on my case and I'm being blocked to be heard. This has been going on for too many years.

## E.    REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief: Retrow back pay, Pain and Suffring, loss of wages, losing my business, my Patent is stil very Valueble and I recieve nothing for my invention.

_____          ~Melba Mae Smith~
Signature of Attorney (if any)                    Signature of Petitioner


Attorney's full address and telephone
number.


XE-2    2/78                         - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___ .
(Location)                                    (Date)

_____
(Signature)